[No. 24773-5-I. Division One. October 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. BEVERLY RITCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-06617-1, John W. Riley, J., entered

1038

August 22, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Pekelis, JJ.